IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

TERRY BACON,)
)
    Plaintiff,)
)
v.) CASE NO. CV414-229
)
JERRY WILLIAMS and EFFINGHAM)
COUNTY,)
)
    Defendants.)
)

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation, to which no objections have been filed. (Doc. 6.) After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

Plaintiff filed a Motion for Extension of Time to Respond, seeking additional time to file objections to the Report and Recommendation. (Doc. 15.) In his motion, Plaintiff cited the need to submit additional medical records as grounds for the extension. (Id. at 1.) However, the Report and Recommendation is based on Plaintiff's failure to have his state convictions vacated prior to seeking monetary damages for wrongful imprisonment. (Doc. 12 at 1-2.) Therefore, Plaintiff's motion is **DENIED** because

his purported reason for the extension has no bearing on the merits of his complaint. In addition, Plaintiff filed two documents entitled Indemnification in Damage Violation and Plaintiff Sue Under Individuals Capacity. (Doc. 16.) The Court reviewed those documents prior to adopting the Report and Recommendation, finding them irrelevant to the merits of Plaintiff's complaint and nonresponsive to the grounds for dismissal stated in the Report and Recommendation.

SO ORDERED this 2ND day of March 2015.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA