# United States District Court
## *Southern District of Georgia*

Terry Bacon

### JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: CV414-229

Jerry Williams and Effingham County

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order dated March 3, 2015, adopting the Report and

Recommendation of the Magistrate Judge as the opinion of this Court; dismissing Bacon's

complaint. This action stands closed.

| March 2, 2015 | Scott L. Poff |
|---|---|
| Date | Clerk |
| | *(By) Deputy Clerk* |