# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

TERRY BACON,

    Plaintiff,

v.                                                        Case No. CV414-229

JERRY WILLIAMS and,
EFFINGHAM COUNTY,

    Defendants.

## ORDER

Plaintiff Terry Bacon's "Motion to Dismiss Exhaustion of Administrative Remedies (Etc.)" is **DENIED** as patently frivolous. Doc. 27.

**SO ORDERED**, this 25TH day of January, 2016.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA